# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: KTM AG v. The Individuals, Corporations, et al.

Case Number: 21-cv-1380

An appearance is hereby filed by the undersigned as attorney for:
KTM AG

Attorney name (type or print): Robert P. McMurray

Firm: Hughes Socol Piers Resnick & Dym, Ltd.

Street address: Three First National Plaza, 70 W. Madison Street, Suite 4000

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6324332
(See item 3 in instructions)

Telephone Number: 312-580-0100

Email Address: rmcmurray@hsplegal.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 6, 2021

Attorney signature: S/ Robert McMurray
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015